**No. 59613.**—Chinese Art & Products, Inc., and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 199976–K (New York).

Opinion by DONLON, J.  It was stipulated that the merchandise consists of trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423).  In accordance with stipulation of counsel and on the authority of the decisions cited, the merchandise was held

dutiable as follows: (1) The items marked with the letter "A" at 15 percent under the provision in paragraph 339, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), supplemented by Presidential proclamation (T. D. 51909), for household utensils, composed wholly or in chief value of brass, not plated with platinum, gold, or silver; and (2) the items marked with the letter "B" at 20 percent under the provision in paragraph 339, as modified by T. D. 51802, for household utensils, composed wholly or in chief value of copper or antimony, not plated with platinum, gold, or silver.